# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Anthony Saenz,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>　　　　　Respondents. | NO. CV-20-00306-TUC-JAS (EJM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 15, 2020, judgment is entered in favor of respondents and against petitioner. Petitioner to take nothing, and the petition and action are dismissed without prejudice for failure to comply with the Court's orders.

December 10, 2020

　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　　　s/ D. Curiel
　　　　　　　　　　　　By　　Deputy Clerk